THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* SAMUEL SMITH, JR., Petitioner-Appellant.

(No. 60643; ▮▮▮▮▮▮▮)

First District (2nd Division)—April 29, 1975.

*Rehearing denied July 3, 1975.*

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PER CURIAM.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Kenneth N. Flaxman and Thomas R. Meites, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.